1

2

3

4

5

6
```
                              FILED
                   CLERK, U.S. DISTRICT COURT

                        12/06/2014

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY: ___C. Wynn___ DEPUTY
```

7          UNITED STATES DISTRICT COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9

10   ABDUL-GHAFFAR SELHARI,      ) Case No. EDCV 14-0811-SVW (JPR)
                                 )
11                  Plaintiff,   )
                                 )     J U D G M E N T
12             vs.               )
                                 )
13   HOWARD GAINES et al.,       )
                                 )
14                  Defendants.  )
                                 )
15   ——————————————————————————  )

16        In accordance with the Order Dismissing Action for Failure to

17   Prosecute,

18        IT IS HEREBY ADJUDGED that this action is dismissed.

19

20

21   DATED: December 6, 2014     _____
                                 STEPHEN V. WILSON
22                               U.S. DISTRICT JUDGE

23

24

25

26

27

28